UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JAIME GARCIA, | ) | No. CV 08-823-RGK (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| TIPTON, Director of the CDCR, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 3, 2010

R. GARY KLAUSNER
United States District Judge